UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-cv-10157-RGS

PETER J. MAINI,
    Plaintiff.

v.

TOWN OF NORTON,
PATROLMAN JOSHUA E. ARCHER,
PATROLMAN SEAN P. MAHONEY, AND
PATROLMAN JOHN P. WORREL,
    Defendants

## ORDER FOR DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION (CORI)

Upon leave of Court, access is granted to counsel for the Defendants, Town of Norton, Joshua E. Archer, Sean P. Mahoney, John P. Worrall, Douglas I. Louison, to obtain certified copies of the Plaintiff's criminal offender record information.

**NAME:** Peter J. Maini

**CURRENT ADDRESS:** 28 Greenwich Street
Attleboro, MA

**DATE OF BIRTH:** 01/16/1950
**SOCIAL SECURITY NUMBER:** xxx-xx-xxxx

Dated: 9-12-22.

By the Court,

_/s/ Richard G. Stearns_
Hon. Judge Richard G. Stearns